# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD ROBERT RODRIGUEZ,<br><br>Defendant. | Case No. 12-cr-00728 LHK (NC)<br><br>**DETENTION ORDER**<br><br>Hearing: September 4, 2019 |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142, the Court on September 12, 2019, held a hearing to determine detention or release on supervisory conditions for defendant Arnold Robert Rodriguez. He is charged in this case with violating the terms of his supervised release. The defendant appeared at the hearing with his CJA counsel Bruce Funk.

Under Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. §3143(a), the defendant charged with violation of supervised release has the burden of establishing by "clear and convincing evidence" that he or she will not flee or pose a danger to any other person or to the community. Here, Robert Rodriguez did not establish evidence to overcome this burden. The Court considered assignment to a halfway house but was informed by U.S. Probation that there is no space in the District presently available. Consequently, the Court orders the

defendant to be detained.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Date: September 16, 2019

_____
Nathanael M. Cousins
United States Magistrate Judge